UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KARL WESENBERG,<br><br>Plaintiff,<br><br>v.<br><br>46 LABS, LLC, *et al.*,<br><br>Defendants. | Case No. 26-12875<br>Honorable Judith E. Levy<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO DENY DEFENDANT 46 LABS, LLC'S MOTION TO DISMISS WITHOUT PREJUDICE (ECF NO. 5)**

Pro se Plaintiff Karl Wesenberg alleges that 46 Labs, LLC and other defendants violated the Telephone Consumer Protection Act. ECF No. 12. The Honorable Judith E. Levy referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 8.

On August 24, 2026, Defendant 46 Labs, LLC moved to dismiss the original complaint under Federal Rule of Civil Procedure 12(b). ECF No. 5. Wesenberg responded on September 7, 2026, by filing a first amended complaint as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(B) (a complaint may be amended once as a matter of course no later than 21 days after service of a motion to dismiss). Because the amended

complaint supersedes the original complaint, the Court **RECOMMENDS** that 46 Labs, LLC's motion to dismiss be **DENIED WITHOUT PREJUDICE** as moot. *See B & H Medical, LLC v. ABP Admin., Inc.*, 526 F.3d 257, 267 n.8 (6th Cir. 2008) (stating that an amended complaint renders an earlier complaint null) (cleaned up).

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: September 17, 2026

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and

recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 17, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager