**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Karl Wesenberg,

Plaintiff,

v.

46 Labs, LLC, *et al.*,

Defendants.

Case No. 26-12875

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION [14]**

Before the Court is Magistrate Judge Stafford's's Report and Recommendation recommending the Court deny Defendant 46 Labs, LLC's motion to dismiss without prejudice. (ECF No. 5.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 14) is ADOPTED; and

Defendant 46 Labs, LLC's motion to dismiss (ECF No. 5) is DENIED without prejudice.[1]

IT IS SO ORDERED.

Dated: October 5, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 5, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).